UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:08CV319 CDP |
| BECKMANN PLUMBING SERVICES, | ) |
| Defendant. | ) |

# **ORDER**

**IT IS HEREBY ORDERED** that plaintiffs' unopposed motion to compel [#7] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of May, 2009.